IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDROUS HALL**                                                                                   **PETITIONER**

**v.**                             **NO. 4:20-cv-01339 SWW**

**DEXTER PAYNE**                                                        **RESPONDENT**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by petitioner Androus Hall is granted. See Docket Entry 8. The motion to dismiss filed by respondent Dexter Payne ("Payne") is denied as moot. See Docket Entry 6. This case is dismissed without prejudice. A separate judgment will be entered for Payne.

IT IS SO ORDERED this 4th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE