# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANDROUS HALL**                                                        **PETITIONER**

**v.**              NO. 4:20-cv-01339 SWW

**DEXTER PAYNE**                                                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 4th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE